MARGARET W. SWANSON, APPELLANT, v. CHARLES P. MEGAN, TRUSTEE, ET AL., APPELLEES.

298 N. W. 160

FILED MAY 16, 1941. No. 31039.

*McKenzie & Dugan,* for appellant.

*Wymer Dressler, Robert D. Neely* and *Hugo J. Lutz,* contra.

Heard before SIMMONS, C. J., ROSE, EBERLY, PAINE, CARTER and YEAGER, JJ.

ROSE, J.

This is an action by Margaret W. Swanson, plaintiff, to recover $3,000 for personal injuries as a result of alleged negligence of the Chicago & Northwestern Railway Company, defendant, in causing a collision between a locomotive at the crossing of a public street and an automobile in which plaintiff was riding as a guest. The issues tried before the jury were negligence of the railroad company and negligence of the driver of the automobile. At the close of the trial the district court sustained a motion by defendant to excuse the jury and dismiss the case for want of sufficient evidence to support a judgment in favor of plaintiff. Plaintiff appealed from the nonsuit.

The evidence in this case is the same as in *Walsh v. Megan, ante,* p. 575, 298 N. W. 158, wherein it was held that actionable negligence of defendant was not proved. The judgment from which the appeal was taken is therefore

AFFIRMED.